# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Shannon Letrich, et al., | No. CV-13-01639-PHX-BSB |
| Plaintiffs, | **ORDER** |
| v. |  |
| Arizona Wholesale Cleaners LLC, et al., |  |
| Defendants. |  |

Upon stipulation of the parties (Doc. 65), and good cause appearing,

**IT IS ORDERED** dismissing this action in its entirety with prejudice, with each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** the Final Pretrial Conference set for December 14, 2015 is **VACATED**.

Dated this 7th day of December, 2015.

_____
Bridget S. Bade
United States Magistrate Judge